# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR1016-H |
| Plaintiff, | Booking No. 74036-298 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| ALONDRA JOMARA ANGULO-REYES (2), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Alondra Jomara Angulo-Reyes. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: April 16, 2019

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-